UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION, <br> _____ <br><br> JENNIFER ANDREWS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GOOGLE LLC; GOOGLE PAYMENT CORP., <br><br> Defendants-Appellants. | No. 22-16921 <br><br> D.C. No. 5:21-md-03001-EJD <br> Northern District of California, <br> San Jose <br><br> ORDER |
| In re: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION, <br> _____ <br><br> JENNIFER ANDREWS; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> GOOGLE LLC; GOOGLE PAYMENT CORP., <br><br> Defendants-Appellees. | No. 22-16923 <br><br> D.C. No. 5:21-md-03001-EJD |

This case is RELEASED from the Mediation Program.

Mediation

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions.

The briefing schedule previously set by the court is amended as follows: the first brief on cross-appeal is due July 24, 2023; the second brief on cross-appeal is due September 25, 2023; the third brief on cross-appeal is due November 13, 2023; and the optional cross-appeal reply brief is due December 18, 2023.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator